JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DONNELL G. HADDOCK,** | No. LA CV 23-09058-VBF-KES |
| Plaintiff, | **ORDER** |
| v. | Dismissing Case Without Prejudice |
| JUDGE JANE DOE OF WEST COVINA CITRUS COURT, | |
| Defendant. | |

    By Order issued March 30, 2024 (CM/ECF System Document ("Doc") 9), the Magistrate Judge dismissed the complaint without prejudice and advised plaintiff that he could file a First Amended Complaint or otherwise respond by June 28, 2024.

    The May 30, 2024 Order (Doc 9) was returned to the Court as undeliverable on June 20, 2024 (Doc 10).

    By Order issued July 5, 2024 (Doc 11), the Magistrate Judge *sua sponte* extended plaintiff's deadline to respond to the dismissal order to August 5, 2024, warning plaintiff that this action "may be dismissed for lack of prosecution" if he filed to timely respond.

    The extended deadline of August 5, 2024 elapsed over one month ago, and the Court has received no further filings from the plaintiff.

The case is **DISMISSED without prejudice** for lack of prosecution.

IT IS SO ORDERED.

Dated: September 9, 2024

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge